UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------X

ANITA KAHUT,

           Plaintiff,

-against-

ELI LILLY AND COMPANY, et al.,

           Defendants.

---------------------------------------X

Case No: 1:22-CV-06024 (ENV) (VMS)

**STIPULATION OF DISMISSAL AS TO DEFENDANT PHARMACIA & UPJOHN COMPANY LLC F/K/A THE UPJOHN COMPANY**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for the Plaintiff **Anita Kahut** and Defendant **Pharmacia & Upjohn Company LLC f/k/a The Upjohn Company**, that whereas no party hereto is an infant or an incompetent person for whom a committee or conservatee has been appointed, and no person not a party has an interest in the subject matter of this action, the above-entitled action is hereby dismissed *with prejudice* as against **Pharmacia & Upjohn Company LLC f/k/a The Upjohn Company** and without costs to either party hereto as against the other.

Dated: January 6, 2025

ROVEN LAW GROUP, P.C.

_____
Janice Roven, Esq.
*Attorneys for Plaintiff*
Anita Kahut
3 Park Avenue, Suite 2700
New York, New York 10016
Telephone: (212) 262-3280

FAEGRE DRINKER BIDDLE & REATH LLP

_____
Thuy T. Bui, Esq.
*Attorneys for Defendant*
Pharmacia & Upjohn Company LLC f/k/a The Upjohn Company
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
Tel: (212) 248-3140

SO ORDERED: _____

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 1/7/2025

/s/ Eric N. Vitaliano
_____
Eric N. Vitaliano
United States District Judge

The Clerk of Court is directed to close this case.